IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, *et al*., <br><br> Defendants. | Civil Action No.:  18-cv-2399 |

### MOTION FOR ADMISSION, *PRO HAC VICE*, OF CATHERINE CRUMP AS ADDITIONAL COUNSEL FOR PLAINTIFF

Pursuant to Local Civil Rule 83.2(d), I hereby move for admission *pro hac vice* of Catherine Crump, an attorney at the Samuelson Law, Technology & Public Policy Clinic at U.C. Berkeley School of Law in California, as additional counsel for plaintiff the National Association of Criminal Defense Lawyers in this case. Ms. Crump is a member in good standing of the bars of the states of New York and California. Ms. Crump's declaration in support of this motion is attached.

DATED: October 18, 2018                           Respectfully submitted,

                                                                               */s/* Barry J. Pollack                                      
                                                                               Barry J. Pollack (D.C. Bar #434513)
                                                                               Robbins, Russell, Englert, Orseck,
                                                                               Untereiner & Sauber, LLP
                                                                               1801 K Street, N.W.
                                                                               Suite 411L
                                                                               Washington, DC  20006
                                                                               (202) 775-4514 phone
                                                                               (202) 775-4510 fax
                                                                               bpollack@robbinsrussell.com

                                                                               *Counsel for Plaintiff*