IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>Defendants. | Civil Action No. 18-cv-2399 |

## DECLARATION OF CATHERINE CRUMP IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1. My name, office address, and telephone number are as follows:

   Catherine Crump
   Samuelson Law, Technology & Public Policy Clinic
   U.C. Berkeley School of Law
   353 Boalt Hall
   Berkeley, CA 94720-7200
   (510) 642-5049

2. I have been admitted to the New York State Bar, 1st Judicial Department, since September 2, 2008. I have been admitted to the California State Bar since July 5, 2005.

3. I have not been disciplined by any bar or court.

4. I have not been admitted *pro hac vice* in this Court in the past two years.

5. I do not have an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

1

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 17, 2018          Respectfully submitted,

*/s/ Catherine Crump*

Catherine Crump
Samuelson Law, Technology &
   Public Policy Clinic
U.C. Berkeley School of Law
353 Boalt Hall
Berkeley, CA 94720-7200
(510) 642-5049
ccrump@clinical.law.berkeley.edu