IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>Defendants. | Civil Action No.:  18-cv-2399 |

### [PROPOSED] ORDER

Upon consideration of the motion to admit Catherine Crump, *pro hac vice*, as additional counsel in this action, it is hereby

ORDERED that the motion is granted.

DATED: _____                    _____
                                     United States District Court Judge