# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS,<br><br>          *Plaintiff*,<br><br>     v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>          *Defendants*. | Civ. A. No. 18-2399 KBJ |

## NOTICE

Pursuant to paragraph 3(b) of Appendix A to the Court's General Order (ECF No. 6), Defendants, by and through counsel, hereby advise that they intend to file an answer to the Amended Complaint in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

                                              Respectfully submitted,

                                              JESSIE K. LIU, DC Bar #472845
                                              United States Attorney

                                              DANIEL F. VAN HORN, DC Bar #924092
                                              Chief, Civil Division

By:_____/s/
      W. MARK NEBEKER, DC Bar #396739
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, DC  20530
      (202) 252-2536
      mark.nebeker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice has been made through the Court's electronic transmission facilities on this 11th day of December, 2018.

                                                      /s/
                        W. MARK NEBEKER, DC Bar #396739
                        Assistant United States Attorney
                        555 4th street, N.W.
                        Washington, DC 20530
                        (202) 252-2536
                        mark.nebeker@usdoj.gov