UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS<br><br>and<br><br>DEPARTMENT OF JUSTICE,<br><br>*Defendants*. | Civil Action No. 18-2399 (KBJ) |

**DEFENDANTS' NOTICE OF SERVICE OF REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO <u>PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT</u>**

Defendants, the Federal Bureau of Prisons ("BOP") and the United States Department of Justice, to include the Executive Office for United States Attorneys ("EOUSA") and the Criminal Division, Office of Information Policy and Office of Legal Counsel (hereinafter "Defendants"), respectfully submit this Notice of Service to inform the Court that the undersigned counsel served upon Plaintiff's counsel via e-mail of record: Defendants' Reply and Cross-Motion to the Opposition, including its supporting documents – Supplemental Declaration prepared by Vinay Jolly; Supplemental Declaration prepared by Teresa Robinson; Supplemental Declaration prepared by Merle Payne; Supplemental Declaration prepared by Sarah Lilly; and Supplemental Declaration prepared by John Cunningham.

Date: December 18, 2020　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　MICHAEL R. SHERWIN
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN,
　　　　　　　　　　　　　　　　　　　D.C. BAR # 924092
　　　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　　　By:　　/s/*Kristin D. Brudy-Everett*
　　　　　　　　　　　　　　　　　　　KRISTIN D. BRUDY-EVERETT
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　(202) 252-2536
　　　　　　　　　　　　　　　　　　　Kristin.Brudy-Everett@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*