UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS<br><br>and<br><br>DEPARTMENT OF JUSTICE,<br><br>*Defendants*. | Civil Action No. 18-2399 (KBJ) |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

Defendants, the Federal Bureau of Prisons ("BOP") and the United States Department of Justice, to include the Executive Office for United States Attorneys ("EOUSA") and the Criminal Division, Office of Information Policy and Office of Legal Counsel (hereinafter "Defendants"), by and through its undersigned counsel, respectfully moves for summary judgment on the Freedom of Information Act ("FOIA") claims brought by Plaintiff, National Association of Criminal Defense Lawyers (hereinafter "Plaintiff"). Plaintiff challenges the search conducted by EOUSA and exemptions asserted by EOUSA, the Criminal Division and BOP.

EOUSA conducted a reasonable search designed to locate any responsive records, moreover, the Defendants have released all reasonably segregable, non-exempt materials to Plaintiff. Because Defendants have fulfilled their obligations under the FOIA, 5 U.S.C. § 552,

they respectfully request that this Court enter summary judgment in their favor pursuant to Rule 56 of the Federal Rules of Civil Procedure.

For these reasons and the other reasons set forth in detail in the accompanying memorandum of points and authorities, Defendants are entitled to summary judgment on all Plaintiff's claims.

Date: November 2, 2020                     Respectfully submitted,

                                              MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division

By:     /s/*Kristin D. Brudy-Everett*
KRISTIN D. BRUDY-EVERETT
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 252-2536
Kristin.Brudy-Everett@usdoj.gov

*Counsel for Defendant*