**NACDL v. BOP, et al., 18-cv-02399 (D.C.)**
**Vaughn Index**
**FOIA Request Number 2018-06557**

Page | 1

| Item | Date of Production | Document Description | Bates Page Ref. Num. or Page Num. | Exemptions | Withheld In Full (WIF) or Withheld In Part (WIP) |
|---|---|---|---|---|---|
| a - b | March 20, 2019 (Originally Sent)<br><br>**May 19, 2020 (Revised Release)** | Change Notice 1380.11, CN-1: Special Investigative Supervisors Manual (November 30, 2016) | 2018-06557-LIT- 1 thru 19 | (b)(7)(E)<br>(b)(7)(F) | WIF |
| c1 | April 30, 2019 | TRULINCS USER GUIDE | 1 -5 | (b)(4)<br>(b)(6)<br>(b)(7)(C)<br>(b)(7)(F) | WIP |
| c2 | April 30, 2019 | BOP's Legal Hold Protocols | 6 -16 | (b)(5)<br>(b)(6)<br>(b)(7)(C) | WIP |
| d1 | May 29, 2019 | Email:  Kathleen M. Kenney to Michael Carvajal – Dated April 27, 2017.<br><br>Subject:  "CEO Memo – regarding TRULINCS Filter for Specific Emails" | 2018-06557-LIT- 6 of 36 through 2018-06557-LIT- 10 of 36 | (b)(5)<br>(b)(6)<br>(b)(7)(C) | WIP |

**NACDL v. BOP, et al.,** 18-cv-02399 (D.C.)
**Vaughn Index**
**FOIA Request Number 2018-06557**

**Page | 2**

| | | | | | |
|---|---|---|---|---|---|
| d2 | May 29, 2019 | Email:  Judge Sullivan and BOP Attorneys - Dated April 18, 2017.<br><br>Subject:  "Attorney Emails and MDC Laptop Issues" | 2018-06557-LIT- 11 of 36 through 2018-06557-LIT- 24 of 36 | (b)(6)<br>(b)(7)(C)<br>(b)(7)(F) | WIP |
| e | May 29, 2019 | Email: BOP Agency Attorney to two BOP Agency Attorneys – September 13, 2016<br><br>Subject: One more thing. | 2018-06557-LIT- 30 of 36 | (b)(5)<br>(b)(6)<br>(b)(7)(C) | WIP |
| f | May 29, 2019 | Email: BOP Agency Attorney to BOP Agency Attorney. Dated July 28, 2016<br><br>Subject: Go Rounds for Executive Staff Meeting. | 2018-06557-LIT- 34 of 36 | (b)(5)<br>(b)(6)<br>(b)(7)(C) | WIP |
| g1 | May 29, 2019 | Email: BOP Agency Attorney to BOP Agency Attorney and FOIA staff. Dated May 22, 2017<br><br>Subject: FOIA Update - | 1-3 | (b)(5)<br>(b)(6)<br>(b)(7)(C) | WIP |

NACDL v. BOP, et al., 18-cv-02399 (D.C.)
Vaughn Index
FOIA Request Number 2018-06557

Page | 3

| | | | | | |
|---|---|---|---|---|---|
| | | May 22, 2017: NEW EMAIL SEARCH PROCEDURES and IPPA Search | | | |
| g2 | May 29, 2019 | BOP's Legal Hold Protocols | 31-33 | (b)(5) (b)(6) (b)(7)(C) | WIP |
| h | July 2, 2019 | Email: BOP Agency Attorney to BOP Agency Attorney. Dated March 30, 2017<br><br>Subject: Inmate Email | 2018-06557-LIT- 1 of 8 | (b)(6) (b)(7)(C) | **Note:  This document was referred to the EOUSA.  Therefore, the record contains exemption assertions from both the BOP and the EOUSA.  Please refer to the July 2, 2019, rolling release determination response letter.**<br><br>**EOUSA REDACTIONS ARE DISCUSSED IN THE BOP'S DECLARATION.**<br><br>WIP |
| i | August 1, 2019 | Email: BOP Agency Attorney with BOP Agency Attorneys – September 12, 2018 | 13 and 15 | (b)(5) (b)(6) (b)(7)(C) | WIP |
| j | September 4, 2019 | Email: DOJ Components' Comments on Proposed Regulations on Inmate Emails | 1 thru 22 | (b)(5) (b)(6) (b)(7)(C) | WIP |
| k1 | September 16, 2019 (Originally | Email: BOP Agency Attorney to USAMD. Dated March 1, 2016 | 2018-06557-LIT- 5 of 10 thru 7 of 10 | (b)(5) (b)(6) (b)(7)(C) | **Note:  This document was referred by the Criminal Division.  Therefore, the record contains exemption assertions from both the BOP and the Criminal Division.  Please refer to the September 16, 2019, rolling release determination response letter.** |

NACDL v. BOP, et al., 18-cv-02399 (D.C.)
Vaughn Index
FOIA Request Number 2018-06557

Page | 4

| | released)  **May 19, 2020, (Subsequent Release)** | Subject: Video Chat | | | CRM REDACTIONS ARE DISCUSSED IN CRM DECLARATION.  **Note:  This document was recently referred to the Executive Office for the United States Attorneys as it was determined that office had some equities in the document for which it needs to consider.  Please refer to the May 19, 2020, determination response letter.**  **EOUSA REDACTIONS ARE DISCUSSED IN THE BOP'S DECLARATION.**  WIP |
|---|---|---|---|---|---|
| k2 | September 16, 2019 | Email: BOP Agency Attorney with Criminal Division Attorney. Dated October 16, 2018  Subject: Request for calls and emails from pre-trial inmate | 2018-06557-LIT- 8 of 10 thru 9 of 10 | (b)(5) (b)(6) (b)(7)(C) | **Note:  This document was referred to the Criminal Division.  Therefore, the record contains exemption assertions from both the BOP and the Criminal Division.  Please refer to the September 16, 2019, rolling release determination response letter.**  **CRM REDACTIONS ARE DISCUSSED IN CRM DECLARATION.**  WIP |
| l | May 19, 2020 | "Inmate Communication Monitoring" - Decision Paper" | No Bates Numbering | (b)(5) (b)(7)(E) (b)(7)(F) | WIF |
| Ref. (R)1 | August 31, 2020 | DOJBook 99 pages Referred by EOUSA | 2018-06557-LIT 56 of 84 thru BOP FOIA 2018-06557-LIT | (b)(5) (b)(7)(E) (b)(7)(F) | WIP |

**NACDL v. BOP, et al., 18-cv-02399 (D.C.)**
**Vaughn Index**
**FOIA Request Number 2018-06557**

**Page | 5**

| | | | 59 of 84. | | |
|---|---|---|---|---|---|
| Ref. (R)2 | September 30, 2020 | 101 Pages Referred by EOUSA | 56-57, 59, 61, 63, 66, 68, 73, 75-76, 78, 80, 90 | (b)(4) (b)(5) (b)(6) (b)(7)(C) (b)(7)(E) (b)(7)(F) | WIP |