# The Criminal Division's *Vaughn* Index

# NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS v. FEDERAL BUREAU OF PRISONS and DEPARTMENT OF JUSTICE, Civil Action No. 18-2399 (D.D.C.) (KBJ).

## ACCRONYMS/ABBREVIATIONS USED FOR INDEX:

RIP ……………. Released in Part (RIP).
WIF ……………Withheld in Full (WIF).

DOJ …………… U.S. Department of Justice.
CRM ………….. Criminal Division, a component of DOJ.
ODAG ………... Office of the Deputy Attorney General (CRM-ODAG).
DAAG ………... Deputy Assistant Attorney General (CRM-PAAG).
CCIPS ………... Computer Crimes and Intellectual Property Section, a section within the Criminal Division (CCIPS).
OLP …………... Office of Legislative Policy (CRM).
OEO…………... Office of Enforcement Operations (CRM-OEO). OEO is comprised of four sub-units: ESU, PSEU, SOU, and the FOIA/PA Unit.
ESU …………… Electronic Surveillance Unit (OEO-ESU).
PSEU …………. Policy and Statutory Enforcement Unit (OEO-PSEU).
SOU…………… Special Operations Unit (SOU).
BOP …………… Federal Bureau of Prisons, a component of DOJ.
TRULINCS ……Trust Fund Limited Inmate Computer System – An Electronic Messaging System for BOP.
EOUSA ……….. Executive Office for United States Attorneys, a component of DOJ.
USA-ILC ………United States Attorneys' Office for the Central District of Illinois, a component of DOJ.
USA-PAE …….. United States Attorneys' Office for the Eastern District of Pennsylvania, a component of DOJ.
USA-WDNY ….. United States Attorneys' Office for the Western District of New York, a component of DOJ.
USA-MD ……….United States Attorneys' Office for the District of Maryland, a component of DOJ.
USA-HI ……….. United States Attorneys' Office for the District of Hawaii, a component of DOJ.
AUSA …………. Assistant United States Attorney.
Trial Attorney …The functional equivalent of an AUSA, Trial Attorneys are assigned to Main Justice in Washington, D.C.
FTC …………… Federal Trade Commission.

## FOIA EXEMPTIONS:

***Exemption (b)(5)****: Which concerns certain inter- and intra-agency communications protected by the deliberative process privilege ("DPP") and the attorney work-product privilege ("AWP"). See 5 U.S.C. § 552 (b)(5). In this case, certain intra-agency DOJ records are deliberative because they include a distillation of facts, both by-and-between Assistant United States Attorneys, BOP Legal Counsel, Criminal Division Trial Attorneys, and their Supervisory Attorney Managers, and would reveal their pre-decisional deliberations, and attorney work-product related to BOP inmate email communications. The deliberative and attorney work-product material as issue here, further describes and discusses specific issues pertaining to BOP inmate email communication, to include the best practices, procedures and techniques for federal prosecutors to utilize in order to obtain BOP inmate email in connection with an underlying federal investigation and/or criminal prosecution. These intra-records are deliberative because they include a distillation of facts and information by-and-between Assistant United States Attorneys, BOP Legal Counsel, Criminal Division Trial Attorneys, and their Supervisory Attorney Managers, and would further reveal their pre-decisional deliberations concerning legal, technical and/or*

*procedural issues involved with obtaining or accessing of BOP inmate email communications for law enforcement purposes. The attorney work-product privilege further protects underlying documents and records created or prepared in anticipation of litigation, which in this instance, involves federal prosecutors seeking to obtain or access BOP inmate email communications in connection with an underlying federal investigation and/or prosecution.*

**Exemption (b)(6):** *Which concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.*

**Exemption (b)(7)(C):** *Which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.*

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| **DOC. NO. 1. [Located in search category 3].** | Nathan Judish, Trial Attorney - CCIPS. | John Lynch, Chief - CCIPS; Josh Goldfoot, Michael Stawasz, Trial Attorney(s) - CCIPS; Paralegal Specialist - CCIPS. | March 6, 2019 @ 3:47:07 PM. | **EMAIL CHAIN – THREE (3).** **Description of the Document:** 3 emails in a chain thread. The subject matter line is captioned as follows: "FW: BOP email disclosure issue [.]" The attachments line is captioned as follows: "FW today's meeting.msg [.]" and "[  ] BOP email memo.wpd [.]" The contents of this email thread contain a discussion concerning the best practices and methods for law enforcement personnel to utilize when seeking to obtain BOP inmate emails. The chain thread further makes specific proposed recommendations, and also cites a statutory reference. **EMAIL CHAIN THREAD = (1 page).** ***PLEASE NOTE THE FOLLOWING REGARDING THE DISPOSITION OF*** | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** |  | **X** |
|  | Nathan Judish, Trial Attorney – CCIPS. | Anthony Teeluck-singh, Trial Attorney - CCIPS. | March 2, 2016 @ 10:16 AM. |  |  |  |  |
|  | Nathan Judish, Trial Attorney - CCIPS. | Richard Downing (DAAG) (CRM) & (Former) Deputy Chief – CCIPS. | March 27, 2009 @ 10:48 AM. |  |  |  |  |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | ***THE ATTACH-MENTS:*** <br><br> **ATTACHMENT NO. (1):** Is captioned as follows: "FW: today's Meeting [.]" <br><br> **ATTACHMENT NO. (1): Consisting of 1 page which was REFERRED TO EOUSA *for direct response to the requester;*** <br><br> *and* <br><br> **ATTACHMENT NO. (2):** Is captioned as follows: "[ ] BOP email memo.wpd [.]" Attachment No. (2) is a DOJ Memorandum dated March 26, 2009. **ATTACHMENT NO. (2): Consisting of 6 pages which were REFERRED TO *EOUSA for direct response to the requester.*** | | | |
| **DOC. NO. 2. [Located in search category 3].** | Nathan Judish, Trial Attorney - CCIPS. <br><br><br><br> Mark Eckenwiler (Former) Associate Director - OEO. | Richard Downing (DAAG) (CRM) & (Former) Deputy Chief - CCIPS. <br><br><br> Nathan Judish, Trial Attorney - CCIPS; (AUSA) (USA - PAE). | March 19, 2009 @ 11:10:38 AM. <br><br><br><br><br> March 19, 2009 @ 11:09:08. | **EMAIL CHAIN – FIVE (5). Description of the Document:** 5 emails in a chain thread. The subject matter line of the first email is captioned as follows: "FW: Email for prisoners [.]" The first email also has an attachment: "RE: Email for prisoners[.]msg. With the exception of the first email, the attachment contains four additional emails in the same identical thread. | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | Nathan Judish, Trial Attorney - CCIPS. | Mark Eckenwiler (Former) Associate Director - OEO; (AUSA) (USA - PAE). | March 19, 2009 @ 10:30 AM. | The remaining 4 emails contain a subject matter line "RE: Email for prisoners" and "Email for prisoners [.]" The contents of this email thread contain a discussion concerning the subject of best methods or practices for law enforcement personnel to employ when endeavoring to obtain BOP inmate emails; the email thread also includes a discussion of applicable statutes, and respective requirements related thereto. **EMAIL CHAIN THREAD = (3 pages).** *PLEASE NOTE THE FOLLOWING REGARDING THE DISPOSITION OF A SINGLE PAGE RECORD – THE LAST PAGE OF THE THREAD:* **1 of the 3 pages contains an email dated "MARCH 19, 2009 @ 10:21 AM." The email and 1 page were REFERRED TO EOUSA** *for direct response to the requester.* | | | |
| | Mark Eckenwiler (Former) Associate Director - OEO. | (AUSA) (USA - PAE); Nathan Judish, Trial Attorney - CCIPS. | March 19, 2009 @ 10:28 AM. | | | | |
| | (AUSA) (USA - PAE) | Mark Eckenwiler (Former) Associate Director - OEO; Nathan Judish, Trial Attorney - CCIPS. | March 19, 2009 @ 10:21 AM. **[This email was referred to EOUSA** *for direct response to the requester*]. | | | | |
| **DOC. NO. 3. [Located in search category 3].** | OEO-SOU Staff Employee. BOP - Staff Employee. | OEO-SOU Staff Employee. OEO-SOU Staff Employee. | January 26, 2010 @ 12:42:00 PM. January 26, 2010 @ 11:43 AM. | **EMAIL CHAIN – TWO (2).** **Description of the Document:** 2 emails in a chain thread. The subject line of this email chain thread is captioned as follows: "FW: TRULINCS [.]" The attachments line of this email chain thread | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | is captioned as follows: "requests for inmate e-mails – EOUSA 2009-05-04 1.pdf [.]" and "5265 013 Trulincs.pdf [.]" The content of this email thread appears to have been sent by BOP to OEO-SOU in order to inform and update the recipients (OEO-SOU) about the BOP TRULINCS program.<br><br>**EMAIL CHAIN = (1 page).** | | | |
| **DOC. NO. 4. [Located in search category 3].** | OEO-SOU Staff Employee.<br><br><br>BOP - Staff employee. | Stephan T'Kash (Former) Chief - OEO-SOU.<br><br>OEO-SOU Staff Employee. | January 26, 2010 @ 11:54:41 AM.<br><br><br>January 26, 2010 @ 11:43:28 AM **(Duplicative Email).** | **EMAIL CHAIN – TWO (2). Description of the Document:** 2 emails in a chain thread. The subject line of the email chain thread is captioned as follows: "FW: TRULINCS [.]" and "TRULINCS [.]" The attachments line for this email chain thread is captioned as follows: "requests for inmate e-mails – EOUSA 2009-05-04 1.pdf [.]" and "5265 013 Trulincs.pdf [.]" The content of this email thread references the BOP TRULINCS program. The email thread appears to be an alert from BOP to OEO-SOU concerning certain aspects of the program which have or have not been implemented.<br><br>**EMAIL CHAIN = (1 page).** | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |
| **DOC. NO. 5. [Located in search** | Unknown Sender – DoNotRep- | Susan Dozier, Chief - OEO-SOU. | October 26, 2018 @ 4:49:13 PM. | **EMAIL - ONE (1). Description of Document:** A single | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| **category 3].** | ly@crm.doj.gov. | | | email with no subject matter line. This email contains no subject matter content nor any discussion therein. **EMAIL = (1 page).** The attachments line consists of a single document and is captioned as follows: "prisoner e-mail accounts.pdf [.]" Although the attachments line contains only one attachment, the attachment itself appears to be comprised of three separate and distinct documents: **ATTACHMENT NO. (1): Consisting of a Memorandum dated May 04, 2009, the subject of which is captioned as follows: "Prisoner E-Mail Accounts [.]"** *and* **ATTACHMENT NO. (2): Consisting of the BOP PROGRAM STATEMENT for (TRULINCS) *and* INMATE AGREEMENT FOR PARTICIPATION IN TRULINCS PILOT PROGRAM.** *PLEASE NOTE THE FOLLOWING REGARDING THE DISPOSITION OF THE ATTACH-MENTS:* | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | **ATTACHMENT NO. (1): Consists of 2 pages which were REFERRED TO EOUSA** *for direct response to the requester*; <br><br> *and* <br><br> **ATTACHMENT NO. (2): Consists of (10 + 2 pages), for a total of 12 pages which were REFERRED TO BOP** *for direct response to the requester.* <br><br> <u>**NOTE**</u>**: The attachment for CRM DOC. NO.'s 5, 6 & 7 are all identical, and therefore, constitute duplicative records.** | | | |
| **DOC. NO. 6. [Located in search category 3].** | Unknown Sender – DoNotReply@crm.doj.gov. | Susan Dozier, Chief - OEO-SOU. | November 13, 2018 @ 6:30:38 PM. | **EMAIL - ONE (1). Description of Document:** A single email with no subject matter line. The email contains no subject matter content nor any discussion therein. <br><br> **EMAIL = (1 page).** <br><br> The attachments line consists of a single document and is captioned as follows: "prisoner e-mail accounts.pdf [.]" Although the attachments line contains only one attachment, the attachment itself appears to be comprised of three separate and distinct documents: | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | **ATTACHMENT NO. (1): Consists of a Memorandum dated May 04, 2009, the subject of which is captioned as follows: "Prisoner E-Mail Accounts [.]"** *and* **ATTACHMENT NO. (2): Consists of the BOP PROGRAM STATEMENT for (TRULINCS)** *and* **INMATE AGREEMENT FOR PARTICIPATION IN TRULINCS PILOT PROGRAM.** ***PLEASE NOTE THE FOLLOWING REGARDING THE DISPOSITION OF THE ATTACH-MENTS:*** **ATTACHMENT NO. (1): Consists of 2 total pages which were REFERRED TO EOUSA** *for direct response to the requester*; *and* **ATTACHMENT NO. (2): Consists of (10 + 2 pages), for a total of 12 pages which were REFERRED TO BOP** *for direct response to the requester*. **NOTE: The attach-ment for CRM DOC. NO.'s 5, 6 & 7 are all identical, and therefore, constitute duplicative records.** | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| **DOC. NO. 7.** **[Located in search category 3].** | Unknown Sender – DoNotReply@crm.doj.gov. | Susan Dozier, Chief - OEO-SOU. | September 24, 2018 @ 4:37:58 PM. | **EMAIL - ONE (1).** **Description of Document:** A single email with no subject matter line. The email contains no subject matter content nor any discussion therein.<br><br>**EMAIL =** **(1 total page).**<br><br>The attachments line consists of a single document and is captioned as follows: "prisoner e-mail accounts.pdf [.]" Although the attachments line contains only one attachment, the attachment itself appears to be comprised of three separate and distinct documents:<br><br>**ATTACHMENT NO. (1): Consists of a Memorandum dated May 04, 2009, the subject of which is captioned as follows:** "**Prisoner E-Mail Accounts [.]**"<br><br>*and*<br><br>***PLEASE NOTE THE FOLLOWING REGARDING THE DISPOSITION OF THE ATTACH-MENTS:***<br><br>**ATTACHMENT NO. (1): Consists of 2 pages which were REFERRED TO EOUSA** *for direct* | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | *response to the requester*; <br><br> *and* <br><br> **ATTACHMENT NO. (2): Consists of (10 + 2 pages), for a total of 12 pages which were REFERRED TO BOP** *for direct response to the requester.* <br><br> <u>NOTE</u>**: The attachment for CRM DOC. NO.'s 5, 6 & 7 are all identical, and therefore, constitute duplicative records.** | | | |
| **DOC. NO. 8.** **[Located in search category 3].** | John Lynch, Chief - CCIPS. <br><br><br><br><br><br><br> Richard Downing (DAAG) (CRM) & (Former) Deputy Chief - CCIPS. | Richard Downing (DAAG) (CRM) & (Former) Deputy Chief - CCIPS; Betty Shave, Anthony Teeluck-singh, Trial Attorney(s) - CCIPS. <br><br> Betty Shave, Anthony Teeluck-singh, Trial Attorney(s) - CCIPS; John Lynch, Chief - CCIPS. | April 21, 2009 @ 6:35:20 PM. <br><br><br><br><br><br><br><br><br><br><br><br><br><br> April 21, 2009 @ 5:46 PM. | <u>**EMAIL CHAIN - NINE (9).**</u> **Description of Document:** 9 emails in a chain thread. The subject matter line is captioned as follows: "RE: Comcast issue [.]" and "Comcast issue [.]" Essentially, the content of this thread relates to an unrelated legal matter which is *not* responsive to the underlying FOIA request made by Plaintiff. However, the thread does contain a brief mention and/or a very short reference to the BOP inmate email program, *i.e.*, the similarities to the BOP inmate email program. According to the discussion, the underlying Comcast issue contains similarities to the issues presented by the BOP inmate email program, *i.e.*, the proper method to employ in order to | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | Betty Shave, Trial Attorney - CCIPS. | Richard Downing (DAAG) (CRM) & (Former) Deputy Chief - CCIPS; Anthony Teeluck-singh, Trial Attorney - CCIPS; John Lynch, Chief - CCIPS. | April 21, 2009 @ 5:24 PM. | obtain records from a third-party. **EMAIL CHAIN = (4 total pages).** | | | |
| | (AUSA) (USA - PAE). | Richard Downing (DAAG) (CRM) & (Former) Deputy Chief - CCIPS; Anthony Teeluck-singh, Betty Shave, Trial Attorney(s) - CCIPS. | April 21, 2009 @ 4:03 PM. | | | | |
| | Richard Downing (DAAG) (CRM) & (Former) Deputy Chief - CCIPS. | (AUSA) (USA - PAE); Anthony Teeluck-singh, Betty Shave, Trial Attorney(s) - CCIPS. | April 21, 2009 @ 3:39 PM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | (AUSA) (USA - PAE). | Richard Downing (DAAG) (CRM) & (Former) Deputy Chief, CCIPS; Anthony Teeluck-singh, Betty Shave, Trial Attorney(s) - CCIPS. | April 21, 2009 @ 11:00 AM. | | | | |
| | Richard Downing (DAAG) (CRM) & (Former) Deputy Chief - CCIPS. | Anthony Teeluck-singh, Betty Shave, Trial Attorney(s) - CCIPS. | April 21, 2009 @ 10:52 AM. | | | | |
| | (AUSA) (USA - PAE). | Richard Downing (DAAG) (CRM) & (Former) Deputy Chief, CCIPS; Anthony Teeluck-singh, Betty Shave, Trial Attorney(s) - CCIPS. | April 21, 2009 @ 9:47 AM. | | | | |
| | Anthony Teeluck-singh, Trial Attorney - CCIPS. | Richard Downing (DAAG) (CRM) & (Former) Deputy | April 21, 2009 @ 9:19 AM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | Chief - CCIPS. | | | | | |
| **DOC. NO. 9. [Located in search category 3].** | Nathan Judish, Trial Attorney - CCIPS. | (AUSA) (USA - PAE); Mark Ecken-wiler (Former) Associate Director - OEO. | March 19, 2009 @ 11:34:00 AM. | **EMAIL CHAIN – ONE (1) + FIVE (5) DUPLICATIVE EMAILS. Description of Document:** Essentially this is a single email, however, there are also 5 duplicative emails within the same thread. The subject matter line is captioned as follows: "RE: Email for prisoners [.]" The email and the related thread discuss the BOP email program and the methods for obtaining access to inmate email communications. The email thread discusses applicable statutory provisions, etc.<br><br>**EMAIL CHAIN = (1 + 1 pages) (Consisting of 5 duplicative emails in a chain thread) = (2 total pages).** | **EMAIL** *and* **FIVE DUPLIC-ATIVE EMAILS IN A CHAIN THREAD. (WIF), (b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |
| **DOC. NO. 10. [Located in search category 3].** | Nathan Judish, Trial Attorney - CCIPS.<br><br><br>Mark Ecken-wiler (Former) Associate Director - OEO. | Mark Ecken-wiler (Former) Associate Director - OEO.<br><br><br>Nathan Judish, Trial Attorney - CCIPS. | March 20, 2009 @ 11:07:00 AM.<br><br><br><br>March 20, 2009 @ 11:07 AM. | **EMAIL CHAIN TWO (2) + THIRTEEN (13) DUPLICATIVE EMAILS. Description of Document:** 2 emails within a chain thread. There are also 13 duplicative emails within the same thread which are identical to CRM DOC. NO. 11, referenced below. The Criminal Division reasserts herein the same Exemptions identified in CRM DOC. NO. 11, below. | **2 EMAIL CHAIN:** *and* **13 DUPLIC-ATIVE EMAILS IN A CHAIN THREAD. (WIF), (b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | The two emails discuss the pending need to schedule a meeting with BOP to discuss the subject of the BOP inmate email program. The subject matter line is captioned as follows: "RE: Email for prisoners [.]"<br><br>**EMAIL CHAIN = (1 + 3 pages) (Consisting of 13 duplicative emails) = (4 total pages).** | | | |
| **DOC. NO. 11. [Located in search category 3].** | Nathan Judish, Trial Attorney - CCIPS. | (AUSA) (USA - PAE); Mark Ecken-wiler (Former) Associate Director - OEO. | March 23, 2009 @ 10:08:00 AM. | **EMAIL CHAIN – THIRTEEN (13).** Description of Document: 13 emails within a chain thread. The subject matter line of the email chain thread is captioned as follows: "RE: Email for prisoners [.]" and "Email for prisoners [.]" | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |
| | (AUSA) (USA - PAE). | Nathan Judish, Trial Attorney - CCIPS; Mark Ecken-wiler (Former) Associate Director - OEO. | March 23, 2009 @ 9:53 AM. | The content of this thread contains an in-depth, and very detailed discussion of the BOP inmate email program, and what steps, processes, and procedures that prosecutors need to comply with in order to obtain BOP inmate email communications. The thread also contains a detailed discussion regarding the effect and application of specific decisional case law and statutory authority related thereto.<br><br>**EMAIL CHAIN = (6 total pages).** | | | |
| | Nathan Judish, Trial Attorney - CCIPS. | (AUSA) (USA - PAE); Mark Ecken-wiler (Former) Associate Director - OEO. | March 23, 2009 @ 9:36 AM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | (AUSA) (USA - PAE). | Mark Ecken-wiler (Former) Associate Director - OEO; Nathan Judish, Trial Attorney - CCIPS. | March 23, 2009 @ 8:36 AM. | | | | |
| | Mark Ecken-wiler (Former) Associate Director - OEO. | (AUSA) (USA – PAE); Nathan Judish, Trial Attorney - CCIPS. | March 21, 2009 @ 10:14 AM. | | | | |
| | Mark Ecken-wiler - (Former) Associate Director, OEO. | (AUSA) (USA - PAE); Nathan Judish, Trial Attorney - CCIPS. | March 20, 2009 @ 17:33:53. | | | | |
| | (AUSA) (USA - PAE). | Nathan Judish, Trial Attorney - CCIPS; Mark Ecken-wiler (Former) Associate Director - OEO. | March 20, 2009 @ 5:11 PM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | Nathan Judish, Trial Attorney - CCIPS. | (AUSA) (USA - PAE); Mark Ecken-wiler (Former) Associate Director - OEO. | March 19, 2009 @ 5:24 PM. | | | | |
| | (AUSA) (USA - PAE). | Mark Ecken-wiler (Former) Associate Director - OEO; Nathan Judish, Trial Attorney - CCIPS. | March 19, 2009 @ 11:29 AM. | | | | |
| | Mark Ecken-wiler (Former) Associate Director - OEO. | Nathan Judish, Trial Attorney - CCIPS; (AUSA) (USA - PAE). | March 19, 2009 @ 11:09 AM. | | | | |
| | Nathan Judish, Trial Attorney - CCIPS. | Mark Ecken-wiler (Former) Associate Director - OEO; (AUSA) (USA - PAE). | March 19, 2009 @ 10:30 AM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | Mark Ecken-wiler (Former) Associate Director - OEO. | Nathan Judish, Trial Attorney - CCIPS; (AUSA) (USA - PAE). | March 19, 2009 @ 10:28 AM. | | | | |
| | (AUSA) (USA - PAE). | Mark Ecken-wiler (Former) Associate Director - OEO; Nathan Judish, Trial Attorney - CCIPS. | March 19, 2009 @ 10:21 AM. | | | | |
| DOC. NO. 12. [Located in search category 3]. | Nathan Judish, Trial Attorney - CCIPS. | (AUSA) (USA - PAE). | November 12, 2009 @ 12:27:00 PM. | **EMAIL CHAIN – FOUR (4).** **Description of Document:** 4 emails within a chain thread. The subject matter line of the thread is captioned as follows: "RE: Obtaining Prisoner Email Content from BOP [.]" and "Obtaining Prisoner Email Content from BOP [.]" The content of the thread contains a discussion concerning the subject of methods or techniques, including relevant or applicable statutory authority related to the issue of law enforce-ment obtaining BOP inmate email in connection with an investigation and/or prosecution. The thread discusses the legal ramifications related | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |
| | (AUSA) (USA - PAE). | Nathan Judish, Tyler Newby, Trial Attorney(s) - CCIPS; Richard Downing (DAAG) (CRM) & (Former) Deputy Chief, CCIPS; Josh Goldfoot, Jenny Ellickson, Trial Attorney(s) - CCIPS. | November 12, 2009 @ 12:24 PM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | Nathan Judish, Trial Attorney - CCIPS. | Tyler Newby, Trial Attorney - CCIPS; (AUSA) (USA - PAE); Richard Downing – DAAG (CRM) & (Former) Deputy Chief - CCIPS; Josh Goldfoot, Jenny Ellickson, Trial Attorney(s) - CCIPS. | November 12, 2009 @ 12:09 PM. | thereto and makes references to a specific factual scenario involving the same topic. Finally, the thread also discusses the issue of inmate - attorney client privilege electronic commun- ications and how to properly address and deal with this topic.<br><br>**EMAIL CHAIN = (2 total pages).** | | | |
| | Tyler Newby, Trial Attorney - CCIPS. | ALL CCIPS – 40 CRM Employees. | November 12, 2009 @ 11:51 PM. | | | | |
| DOC. NO. 13. [Located in search category 3]. | Mark Ecken- wiler (Former) Associate Director - OEO.<br><br>(Acting First Assistant) (USA - WDNY). | (Acting First Assistant) (USA - WDNY).<br><br>Mark Ecken- wiler (Former) Associate Director - OEO. | May 4, 2009 @ 4:30:00 PM.<br><br>May 4, 2009 @ 4:26 PM. | **EMAIL CHAIN – TWO (2).** **Description of Document:** 2 emails in a chain thread. The subject matter line is captioned as follows: "RE: Prisoner E-mail Accounts [.]" and "FW: Prisoner E-mail Accounts [.]" The contents of this thread contain a discussion regarding an inconsistent issue concerning BOP inmate email accounts, and the Acting First Assistant is seen requesting further clarification from | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | CCIPS and OEO regarding the matter.<br><br>**EMAIL CHAIN =<br>(1 total page).** | | | |
| **DOC. NO. 14.<br>[Located in search category 3].** | Mark Eckenwiler (Former) Associate Director - OEO. | (AUSA) (USA - PAE); (AUSA) (EOUSA); Nathan Judish, Trial Attorney - CCIPS. | June 2, 2009 @ 10:12:00 AM. | **EMAIL CHAIN – EIGHT (8).**<br>**Description of Document:** 8 emails within a chain thread. The subject matter line is captioned as follows: "RE: RE: Production of BOP Inmates" e-mails [.]" and "FW: RE: Production of BOP Inmates' e-mails [.]" and "Production of BOP Inmates' e-mails [.]" | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | **X** |
| | (AUSA) (USA - PAE). | (AUSA) (EOUSA); Nathan Judish, Trial Attorney - CCIPS; Mark Eckenwiler (Former) Associate Director - OEO. | June 2, 2009 @ 9:03 AM. | The contents of this thread contain a discussion concerning the topic of specific methods available to law enforcement related to proper process for obtaining BOP inmate email communications. The thread also includes a discussion of applicable case law and | | | |
| | (AUSA) (EOUSA). | Nathan Judish, Trial Attorney - CCIPS; Mark Eckenwiler (Former) Associate Director - OEO; (AUSA) (USA - PAE). | June 1, 2009 @ 2:41 PM. | other statutory issues involving this same subject.<br><br>**EMAIL CHAIN =<br>(4 total pages).** | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | BOP - Associate General Counsel. | (AUSA) (EOUSA). | June 1, 2009 @ 2:10 PM. | | | | |
| | BOP – Senior CLC Attorney – FDC Honolulu. | BOP - Associate General Counsel. | June 1, 2009 @ 1:59 PM. | | | | |
| | BOP - Associate General Counsel. | (AUSA – EOUSA). | June 1, 2009 @ 7:51 AM. | | | | |
| | (AUSA - EOUSA). | BOP - Associate General Counsel. | May 29, 2009 @ 2:17 PM. | | | | |
| | BOP - Associate General Counsel. | (AUSA) (EOUSA); (BOP-FDC) – (5) Employees. | May 29, 2009 @ 2:02 PM. | | | | |
| DOC. NO. 15. [Located in search category 3]. | Anthony Teelucksingh, Trial Attorney - CCIPS. | (AUSA) (USA - MD); (AUSA) (USA – MD); IRS – Criminal Investigative Unit - Employee. | March 2, 2016 @ 10:29:18 AM. | **EMAIL CHAIN – SIX (6).** **Description of Document:** 6 emails in a chain thread. The subject matter line is captioned as follows: "RE: VideoChats [.]" and "FW: VideoChats [.]" The attachment line is captioned as follows: "FW BOP email disclosure issue.msj [.]" The contents of this thread contain a discussion regarding issue of the use of | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | (AUSA) (USA - MD). | Anthony Teeluck-singh, Trial Attorney – CCIPS; (AUSA) (USA – MD); IRS – Criminal Investiga-tive Unit - Employee. | March 2, 2016 @ 9:02 AM. | something called "VideoChats" by BOP inmates. The thread further discusses the issue of certain similarities with and/or the relationship of VideoChats to the subject of BOP inmate email communications.<br><br>**EMAIL CHAIN = (3 total pages).** | | | |
| | BOP - Regional Counsel. | (AUSA) (USA - MD). | March 1, 2016 @ 3:54 PM. | | | | |
| | (AUSA) (USA - MD). | BOP - Regional Counsel. | February 29, 2016 @ 4:18 PM. | | | | |
| | BOP - Regional Counsel. | (AUSA) (USA - MD). | February 29, 2016 @ 4:01 PM. | | | | |
| | (AUSA) (USA - MD). | BOP - Regional Counsel. | February 29, 2016 @ 3:33 PM. | | | | |
| **DOC. NO. 16. [Located in search category 3].** | Nathan Judish, Trial Attorney - CCIPS. | Anthony Teeluck-singh, Trial Attorney - CCIPS. | March 2, 2016 @ 11:16:25. | **EMAIL CHAIN – TWO (2).** **Description of Document:** 2 emails within a chain. The subject matter line is captioned as follows: "FW: BOP email disclosure issue [.]" | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | **X** |
| | Nathan Judish, Trial Attorney - CCIPS. | Richard Downing (DAAG) (CRM) & (Former) Deputy | March 27, 2009 @ 10:48 AM. | The attachment line is captioned as follows: Attachment 1: "FW: today's meeting [.]" and Attachment 2: "[  ] BOP email memo.wpd [.]" | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | Chief - CCIPS. | | The contents of this email thread contain a recap of discussions between an USA-PAE, a Former Associate Director of OEO and the CCIPS Trial Attorney regarding the subject of the monitoring of BOP inmate email communications. The first email has no subject matter or content. The second email contains the recommendations which CCIPS is proposing for BOP to govern the subject of best practices for a federal prosecutor and/or investigator to follow when seeking BOP inmate email communications.<br><br>**EMAIL CHAIN = (1 page).** | | | |
| **DOC. NO. 17. [Located in search category 3].** | Mark Ecken-wiler (Former) Associate Director - OEO. | (AUSA) (EOUSA); (AUSA) (USA - PAE); Nathan Judish, Trial Attorney – CCIPS; BOP - Attorney; (3) - (AUSAs) (USA - HI). | May 29, 2009 @ 6:12:00 PM. | **EMAIL CHAIN – THREE (3). Description of Document:** 3 emails within a chain thread. The subject matter line is captioned as follows: "RE: prisoner email issue [.]" The contents of this thread pertain to a request from an (AUSA) (USA-HI) who requests advice regarding the proper procedures which need to be followed in order to obtain BOP inmate email communications. In response to the request by the (AUSA) (USA-HI), Mark Eckenwiler (Former) Associate Director of | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |
| | (AUSA) (USA - HI). | Mark Ecken-wiler (Former) Associate | May 29, 2009 @ 5:33 PM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | Director - OEO; (AUSA) (EOUSA); (AUSA) (USA - PAE); Nathan Judish, Trial Attorney - CCIPS; BOP - Attorney; (3) – (AUSAs) (USA – HI). | | OEO provides proper guidance. The guidance provided includes a discussion of the proper methods to employ to obtain BOP inmate email communications, and includes a detailed discussion of relevant case law and other issues pertaining thereto.<br><br>**EMAIL CHAIN = (2 total pages).** | | | |
| | Mark Ecken-wiler (Former) Associate Director - OEO. | (AUSA) (USA - HI); (AUSA) (EOUSA); (AUSA) (USA-PAE); Nathan Judish, Trial Attorney - CCIPS. | May 29, 2009 @ 11:19 AM. | | | | |
| **DOC. NO. 18. [Located in search category 3].** | Mark Ecken-wiler (Former) Associate Director - OEO.<br><br>(AUSA) (EOUSA). | (AUSA) (EOUSA); (AUSA) (USA - PAE).<br><br>(AUSA) (USA - PAE); Mark Ecken-wiler (Former) Associate Director - OEO. | May 29, 2009 @ 5:17:00 PM.<br><br>May 29, 2009 @ 5:15 PM. | **EMAIL CHAIN – EIGHT (8). Description of Document:** 8 emails in a chain thread. The subject matter line is captioned as follows: "RE: prisoner email issue [.]" [and] "prisoner email issue [.]" [and] "[Third-Party Individual] E-mails [.]" The contents of this thread contain a discussion involving obtaining emails from BOP inmate email accounts. There is also | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | (AUSA) (USA – PAE). | (AUSA) (EOUSA); Mark Ecken-wiler (Former) Associate Director - OEO. | May 29, 2009 @ 5:12 PM. | reference to a case involving a named inmate and particular issues surrounding the process of obtaining his/her emails in connection with an investigation/ prosecution. The thread also contains a discussion of the impact of potential case law and/or other statutory legal issues, related thereto.<br><br>**EMAIL CHAIN = (3 total pages).** | | | |
| | (AUSA) (EOUSA). | (AUSA) (USA – PAE); Mark Ecken-wiler (Former) Associate Director - OEO. | May 29, 2009 @ 5:11 PM. | | | | |
| | (AUSA) (USA – PAE). | (AUSA) – (EOUSA); Mark Ecken-wiler (Former) Associate Director - OEO. | May 29, 2009 @ 5:06 PM. | | | | |
| | (AUSA) (EOUSA). | Mark Ecken-wiler (Former) Associate Director - OEO; (AUSA) (USA – PAE). | May 29, 2009 @ 4:16 PM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | (AUSA) (USA – HI). | BOP – Employee; Senior CLC Attorney – FDC - Honolulu; (AUSA) (EOUSA); (3) – (AUSAs) (USA – HI). | May 29, 2009 @ 3:27 PM. | | | | |
| | BOP – Employee; Senior CLC Attorney – FDC - Honolulu. | (AUSA) (USA – HI); (4) – (AUSAs) (USA – HI). | May 29, 2009 @ 8:06 AM. | | | | |
| DOC. NO. 19. [Located in search category 3]. | Nathan Judish, Trial Attorney - CCIPS. | (AUSA) (EOUSA); Mark Eckenwiler, Former Associate Director, OEO; (AUSA) (USA – PAE). | May 29, 2009 @ 5:42:29 PM. | **EMAIL – ONE (1). Description of Document:** A single email. The subject matter line is captioned as follows: "RE: prisoner email issue [.]" The email contains a discussion involving the process for obtaining email from BOP inmate email accounts and includes the recommendations of CCIPS regarding the proper methods/ best practices for obtaining BOP inmate email communications. The email thread further contains a discussion of applicable case law and statutory legal issues which impact and relate to this subject matter.<br><br>**EMAIL = (1 page)** | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| DOC. NO. 20. [Located in search category 3]. | Nathan Judish, Trial Attorney – CCIPS. | (AUSA) (USA – HI); Mark Eckenwiler (Former) Associate Director - OEO; (AUSA) (EOUSA); (AUSA) (USA – PAE); BOP Employee; Senior CLC Attorney – FDC - Honolulu; (AUSA) (USA – HI); (3) (AUSAs) (USA – HI). | May 29, 2009 @ 6:07:33 PM. | **EMAIL - ONE (1). Description of Document:** A single email. The subject matter line is captioned as follows: "RE: prisoner email issue [.]" The email contains a discussion involving the proper process, as recommended by CCIPS, for obtaining email from BOP inmate email accounts. The email also contains a discussion of applicable case law and other statutory legal issues related thereto.<br><br>**EMAIL = (1 page).** | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | **X** |
| DOC. NO. 21. [Located in search category 3]. | Mark Eckenwiler (Former) Associate Director - OEO.<br><br>Mark Eckenwiler (Former) Associate Director - OEO. | (AUSA) (USA – PAE); Nathan Judish, Trial Attorney - CCIPS.<br><br>(AUSA) (USA – PAE); Nathan Judish, Trial Attorney - CCIPS. | Saturday, March 21, 2009 @ 10:13:43 AM.<br><br>Friday, March 20, 2009 @ 17:33:53. | **EMAIL CHAIN – NINE (9). Description of Document:** 9 emails in a chain thread. The subject matter line is captioned as follows: Re: "Email for prisoners" and "Email for prisoners." The contents of this thread involve a discussion surrounding the process for law enforcement to follow to obtain the content of BOP inmate email accounts. The thread further contains a discussion of possible applicable case law and statutory legal issues, related thereto. With regard to this email thread there is also a | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | **X** |

...

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | (AUSA) (USA – PAE). | Nathan Judish, Trial Attorney - CCIPS; Mark Ecken-wiler (Former) Associate Director - OEO. | March 20, 2009 @ 5:11 PM. | particular reference to case law/ decision involving a named inmate. **EMAIL CHAIN = (2 total pages).** | | | |
| | Nathan Judish, Trial Attorney - CCIPS. | (AUSA) (USA – PAE); Mark Ecken-wiler (Former) Associate Director - OEO. | March 19, 2009 @ 5:24 PM. | | | | |
| | (AUSA) (USA – E.D.P.A.). | Mark Ecken-wiler (Former) Associate Director - OEO; Nathan Judish, Trial Attorney - CCIPS. | March 19, 2009 @ 11:29 AM. | | | | |
| | Mark Ecken-wiler (Former) Associate Director, OEO. | Nathan Judish, Trial Attorney - CCIPS; (AUSA) (USA – PAE). | Thursday, March 19, 2009 @ 11:09 AM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | Nathan Judish, Trial Attorney - CCIPS. | Mark Ecken-wiler (Former) Associate Director - OEO; (AUSA) (USA – PAE). | Thursday, March 19, 2009 @ 10:30 AM. | | | | |
| | Mark Ecken-wiler (Former) Associate Director - OEO. | (AUSA) (USA – PAE); Nathan Judish, Trial Attorney - CCIPS. | Thursday, March 19, 2009 @ 10:28 AM. | | | | |
| | (AUSA) (USA – PAE). | Mark Ecken-wiler (Former) Associate Director - OEO; Nathan Judish, Trial Attorney - CCIPS. | Thursday, March 19, 2009 @ 10:21 AM. | | | | |
| **DOC. NO. 22. [Located in search category 1 as DOC1; DOC115; DOC116; DOC117; and DOC118].** | Eileen Ruleman (Former) Chief - OEO-SOU.<br><br>OEO-SOU Staff Employee. | OEO-SOU Staff Employees.<br><br>Eileen Ruleman (Former) Chief - OEO-SOU. | December 9, 2009 @ 3:31:51 PM.<br><br>December 9, 2009 @ 3:39:00 PM. | **EMAIL CHAIN – FIVE (5). Description of Document:** 5 emails in a chain thread. The subject matter line is captioned as follows: "BOP Inmate Email." The first email is a request from the Chief of OEO-SOU, which was sent out to OEO-SOU staff employees and which requests their input or assistance identifying specific AUSAs' who have | (b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C). | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | OEO-SOU Staff Employee. | Eileen Ruleman (Former) Chief - OEO-SOU. | December 9, 2009 @ 3:41:00 PM. | used inmates to testify in their cases, and whether the same inmates were permitted and/or allowed access to the BOP inmate email program. The subsequent 4 follow-up emails from OEO-SOU staff employees are their direct responses to the first email request from the (Former) Chief of OEO-SOU. The 4 email responses contain the names and information concerning certain AUSAs, etc.

**EMAIL CHAIN = (5 total pages).** | | | |
| | OEO-SOU Staff Employee. | Eileen Ruleman (Former) Chief - OEO-SOU. | December 9, 2009 @ 3:49:00 PM. | | | | |
| | OEO-SOU Staff Employee. | Eileen Ruleman (Former) Chief - OEO-SOU. | December 9, 2009 @ 4:09:00 PM. | | | | |
| DOC. NO. 23. [Located in search category 1 as DOC2]. | OEO - Support Staff Employee. | Tracy Plowell (Former) Deputy Chief - OEO-SOU. | Wednesday, December 30, 2015 @ 3:53:44 PM. | **EMAIL CHAIN – TWO (2).** **Description of Document:** 2 email chain thread. There is no substantive discussion in this email other than "[p]lease review." The subject matter line is captioned as follows: "Correspondence" and "RE: Correspondence [.]" The attachments line is captioned as follows:

**ATTACHMENT NO. 1: "bop1143 2014 07 18 LER comments.docx"**

*and*

**ATTACHMENT NO. 2: "Correspondence Proposed Rule – OLP comments.100515-Inmates docx [.]"**

**EMAIL CHAIN =** | **EMAIL CHAIN: (b)(6) & (b)(7)(C).** | | X |
| | Tracy Plowell (Former) Deputy Chief - OEO-SOU. | OEO - Support Staff Employee; Adam Cohen (Former) Chief - OEO-SOU. | Wednesday, December 30, 2015 @ 4:18 PM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | **(1 page).** *PLEASE NOTE THE FOLLOWING REGARDING THE ATTACHMENTS:* **ATTACHMENT NO. (1): WHICH CONSISTS OF 73 PAGES WAS REFERRED TO BOP** *for direct response to the requester*; *and* **ATTACHMENT NO. (2): WHICH CONSISTS OF 5 PAGES WAS REFERRED TO OLP** *for direct response to the requester.* | | | |
| **DOC. NO. 24. [Located in search category 1 as DOC8].** | Monique Roth (Former) Director - OEO. | Adam Cohen (Former) Chief – OEO-SOU. | Monday, November 16, 2015 @ 11:46:20 AM. | **EMAIL CHAIN – FIVE (5). Description of Document:** 5 emails in a chain thread with 1 attachment. The subject matter line of the first email is captioned as follows: "FW: ABA-NYCLA Report on Attorney Client Email Monitoring [.]" | **EMAIL CHAIN: (WIF), (b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |
| | Jennifer Hodge, (DAAG) CRM). | Adam Cohen (Former) Chief – OEO-SOU; Monique Roth (Former) Director – OEO; Jeffery Pollack, Trial Attorney OEO-ESU. | Saturday, November 14, 2015 @ 11:36 AM. | The attachments line is captioned as follows: "Attorney Client Email Report – ABA Draft for Submission-11-10-15.docx [.]" [and] "ATT00001.htm [.]" The attachment is a publicly available record, and therefore, it is subject to release in full (RIF). | **EMAIL ATTACH-MENT: The attachment is a publicly available record. (RIF).** | | |
| | Janis Kockritz (OPL). | Monique Roth (Former) | November 13, 2015 @ 6:29:32 EST. | The first email has no substantive text other than the block name and telephone number | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | Director – OEO; Debra Sorkin (Former) Chief – OEO-PSEU; Jennifer Hodge (DAAG) (CRM); Jonathan Wroble-wski (OPL). | | of the (Former) Director of OEO.<br><br>The second email from the (DAAG) (CRM) states that OEO is being asked or requested to comment on the subject matter of the attached document. The attachments line of the second email is captioned as follows: "Fwd: ABA – NYCLA Report on Attorney Client Email Monitoring [.]" | | | |
| | Jonathan Wroble-wski (OPL). | Janis Kockritz (OPL). | November 13, 2015 @ 5:27:52 EST. | The third email from OPL requests that OEO analyze and comment on the subject matter of the attached document. The attachments line of the third email is captioned as follows: "Fwd: ABA – NYCLA Report on Attorney Client Email Monitoring [.]" | | | |
| | CJSC of ABA.org; On behalf of Beebe Lauren, Staff Attorney, ABA. | CJSC of ABA.org. | Wednesday, November 11, 2015 @ 1:28 PM. | The four email is internal to OPL and the supervisor requests that OPL ask OEO to analyze and comment on the subject matter of the attached document. The attachments line of the fourth email is captioned as follows: "FW: ABA – NYCLA Report on Attorney Client Email Monitoring [.]"<br><br>The fifth email is from the Criminal Justice Section Council on | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | behalf of Beebe Lauren, Staff Attorney, for the American Bar Association, and seeks comment from its membership regarding the attachment captioned as follows: "ABA – NYCLA Report on Attorney Client Email Monitoring [.]"<br><br>**EMAIL CHAIN = (3 pages).**<br><br>**THE ATTACH-MENT CONSISTING OF 18 PAGES IS: (RIF).**<br><br>***PLEASE NOTE THE EIGHTEEN PAGE ATTACHMENT is <u>not</u> a Criminal Division document/ record, and therefore is subject to (RIF).*** | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| DOC. NO. 25. [Located in search category 1 as DOC23]. | Adam Cohen (Former) Chief - OEO-SOU. | Robert Hinchman (OPL); Tracee Plowell (Former) Deputy Chief - OEO-SOU. | Monday, December 14, 2015 @ 10:15:00 AM. | **EMAIL - ONE (1).** **Description of Document:** A single email. The subject matter line is captioned as follows: "FW: BOP1143 – Inmate Correspondence [.]" The attachments line is captioned as follows: "bop1143 07 18 LER comments.docx [.]" [and] "Correspondence Proposed Rule – OLP comments.100515.docx [.]" [and] "Correspondence Proposed Rule.100515.docx [.]" This email contains a discussion about the impact of the issue of inmate access and use of the BOP email communications system, and whether it might apply and/or impact the SOU's Special Administrative Measure's ("SAM's") program. **[EMAIL = ONE PAGE].** *PLEASE NOTE THE FOLLOWING DISPOSITION REGARDING THE THREE (3) ATTACHMENTS:* **ATTACHMENT NO. (1): WHICH CONSISTS OF SIXTY-NINE (69) PAGES WAS REFERRED TO BOP** *for direct response to the requester; and* | **EMAIL: (WIF); (b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | **ATTACHMENT NO. (2): WHICH CONSISTS OF FIVE PAGES WAS REFERRED TO OLP** *for direct response to the requester;*<br><br>*and*<br><br>**ATTACHMENT NO. (2): THIS DOCUMENT IS DUPLICATIVE OF DOCUMENT NO. 23's - ATTACHMENT NO. (2), WHICH WAS REFERENCED ABOVE;**<br><br>*and*<br><br>**ATTACHMENT NO. (3): WHICH CONSISTS OF SIXTY-NINE PAGES WAS REFERRED TO BOP** *for direct response to the requester*]. | | | |
| **DOC. NO. 26. [Located in search category 1 as DOC31].** | John Lynch, Chief - CCIPS. | John Zacharia, Assistant Deputy Chief - CCIPS. | Tuesday, April 12, 2011 @ 6:01:00 PM. | **EMAIL – ONE (1). Description of Document:** A single email with three (3) chain emails attached thereto (three (3) chain emails within an email). The subject matter line is captioned as follows: "FW: BOP e-mail policy [.]" The attachments line is captioned as follows: | **EMAIL: (RIF)**<br><br>*and*<br><br>**THREE (3) EMAIL ATTACH-MENTS: (WIF), (b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | Richard Downing, DAAG (CRM) & (Former) Deputy Chief - CCIPS. | Howard Cox, Assistant Deputy Chief - CCIPS; John Lynch, Chief - CCIPS; Nathan Judish, Trial Attorney - CCIPS. | Wednesday, November 18, 2009 @ 8:11 AM. | "Re BOP email policy.msg [.]" While there is no discussion in the initial email, the attachments line contains an email chain consisting of three chain emails.<br><br>For the first email, Attachment No. (1), of (3), the subject line is captioned as follows: "Re: BOP e-mail policy [.]" Attachment No. (1), of (3) contains a discussion indicating that BOP may have a final policy regarding the subject of inmate email communications in place, and discusses specific action that CCIPS might need to undertake in relation thereto, in order to inform AUSAs and DOJ Trial Attorneys about this policy. | | | |
| | Howard Cox, Assistant Deputy Chief - CCIPS. | John Lynch, Chief - CCIPS; Richard Downing, DAAG (CRM) & (Former) Deputy Chief - CCIPS. | Tuesday, November 17, 2009 @ 08:50:51. | | | | |
| | Colin Bruce, (AUSA-USAILC). | Howard Cox, Assistant Deputy Chief - CCIPS. | Tuesday, November 17, 2009 @ 8:41 AM. | For the second email, Attachment No. (2), of (3), the subject line is captioned as follows: "FW: BOP e-mail policy [.]" Attachment No. (2), of (3) discusses and recommends certain actions that CCIPS should undertake to inform and advise AUSAs and DOJ Trial Attorneys about BOP policy as it relates to the subject matter of inmate email communications. | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | For the third email, Attachment No. (3), of (3), the subject line is captioned as follows: "BOP e-mail policy [.]" Attachment No. (3), of (3) contains a discussion about BOP obtaining inmate email account information. Specifically, there is a discussion within the email about the potential for using inmate email communication insofar as it may relate to the investigation and prosecution of cases. The email further discusses the process for obtaining such electronic evidence from BOP. **[ONE PAGE + ONE PAGE ATTACH-MENT, WHICH CONSISTS OF THREE (3) EMAILS: (1), (2) AND (3)]. [TWO PAGES].** | | | |
| **DOC. NO. 27. [Located in search category 1 as DOC33].** | John Zacharia, Assistant Deputy Chief - CCIPS. | Jenny Ellickson, Trial Attorney - CCIPS. | Tuesday, April 12, 2011 @ 6:08:08 PM. | **EMAIL CHAIN - TWO (2). Description of Document:** TWO (2) email chain thread with a THREE (3) email chain thread attachment (THREE (3) email chain thread within an email). | **EMAIL: (RIF)** *and* **THREE EMAIL ATTACH-MENTS: (WIF), (b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |
| | John Lynch, Chief - CCIPS. | John Zacharia, Assistant Deputy Chief - CCIPS. | Tuesday, April 12, 2011 @ 6:02 PM. | The subject matter line of both email chain threads is captioned as follows: "FW: BOP e-mail policy [.]" The attachments line is captioned as follows: "Re BOP email policy.msg [.]" While there is no real discussion in the initial email other than "FYI," | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | the attachments line does contain an email chain consisting of three (3) chain emails.<br><br>For the first email, Attachment No. (1), of (3), the subject line is captioned as follows: "Re: BOP e-mail policy [.]" Attachment No. (1), of (3) contains a discussion indicating that BOP may have a final policy regarding the subject of inmate email communications in place, and discusses specific action that CCIPS might need to undertake in relation thereto, in order to inform AUSAs and DOJ Trial Attorneys about this policy.<br><br>For the second email, Attachment No. (2), of (3), the subject line is captioned as follows: "FW: BOP e-mail policy [.]" Attachment No. (2), of (3) discusses and recommends certain actions that CCIPS should undertake to inform and advise AUSAs and DOJ Trial Attorneys about BOP policy as it relates to the subject matter of inmate email communications.<br><br>For the third email, Attachment No. (3), of (3), the subject line is captioned as follows: "BOP e-mail policy [.]" | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | Attachment No. (3), of (3) contains a discussion about BOP obtaining inmate email account information. Specifically, there is a discussion within the email about the potential for using inmate email communication insofar as it may relate to the investigation and prosecution of cases. The email further discusses the process for obtaining such electronic evidence from BOP. **[ONE PAGE + ONE PAGE, WHICH IS DUPLICATIVE OF DOC. NO. 25's - ATTACHMENT NO. (2), REFERENCED ABOVE AND WHICH CONSISTS OF THREE (3) EMAILS: (1), (2) AND (3)]. [TWO PAGES].** | | | |
| **DOC. NO. 28. [Located in search category 1 as DOC241].** | Richard Downing, DAAG (CRM) & (Former) Deputy Chief - CCIPS. | Howard Cox, Assistant Deputy Chief - CCIPS; John Lynch, Chief - CCIPS; Nathan Judish, Trial Attorney - CCIPS. | Wednesday, November 18, 2009 @ 09:11:13. | **EMAIL CHAIN – TWO (2). Description of Document:** A chain of TWO (2) emails with no attachments. The subject matter line is captioned as follows: "Re: BOP e-mail policy" and "FW: BOP e-mail policy." The contents of this email chain contain a discussion involving obtaining email from prisoner email accounts. The email chain also contains a discussion of potentially applicable | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |
| | Howard Cox, Assistant Deputy | John Lynch, Chief - CCIPS; | Tuesday, November 17, 2009 @ 08:50:51. | case law and statutory | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | Chief - CCIPS; | Richard Downing, DAAG (CRM) & (Former) Deputy Chief - CCIPS. | | legal issues, related thereto. **[ONE PAGE].** | | | |
| **DOC. NO. 29. [Located in search category 1 as DOC92].** | Andrew Goldsmith, (ODAG). | Jenny Ellickson, Trial Attorney - CCIPS; Richard Downing, DAAG (CRM) & (Former) Deputy Chief - CCIPS; Josh Goldfoot, Trial Attorney - CCIPS. | Tuesday, January 10, 2012 @ 6:02:20 PM. | **EMAIL CHAIN – FOUR (4).** **Description of Document:** A chain of FOUR (4) emails with no attachments. The subject matter line is captioned as follows: "Fw: Thank you [.]" and "RE: Thank you [.]" and "Thank you [.]" The first email contains a discussion involving the Federal Trade Commission ("FTC") and relates to inmate emails which the FTC obtained from BOP. The discussion references whom is the best person at CCIPS to advise the FTC in defending against a motion to suppress. The remaining emails all involve the FTC's request for assistance with a legal matter and a return promise to provide them with the appropriate contact person at CCIPS. **[TWO PAGES].** | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |
| | Amanda Basta, Enforce-ment Division - (FTC). | Andrew Goldsmith, (ODAG). | Tuesday, January 10, 2012 @ 5:54 PM. | | | | |
| | Andrew Goldsmith, (ODAG). | Amanda Basta, Enforce-ment Division - (FTC). | Tuesday, January 10, 2012 @ 3:07 PM. | | | | |
| | Amanda Basta, Enforce-ment Division - (FTC). | Andrew Goldsmith, (ODAG). | Tuesday, January 10, 2012 @ 3:02 PM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| **DOC. NO. 30.** **[Located in search category 1 as DOC111].** | Adam Cohen (Former) Chief - OEO-SOU. | Christine Thren (Former) Trial Attorney – OEO-SOU. | Monday, December 14, 2015 @ 9:52:00 AM. | **EMAIL CHAIN – FOUR (4).** **Description of Document:** A chain of FOUR (4) emails with no attachments. The subject matter line is captioned as follows: "RE: BOP 1143 – Inmate Correspondence [.]" and "FW: BOP 1143 – Inmate Correspondence [.]" and "BOP 1143 – Inmate Correspondence [.]" The first three emails in the chain discuss the applicability of the issue of inmate correspondence, and what effect, if any, it has on "Special Administrative Measure's" ("SAM's") program. The last email contains OLP's comments and recommendations to BOP, regarding BOP's revised rule concerning inmate correspondence, *i.e.*, inmate email. The OLP commentary contains references to and discusses in detail case and statutory law relevant to the issue, and includes their proposed recommended action. **[FOUR PAGES].** | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |
| | Christine Thren (Former) Trial Attorney – OEO-SOU. | Adam Cohen (Former) Chief - OEO-SOU. | Monday, December 14, 2015 @ 9:48 AM. | | | | |
| | Adam Cohen (Former) Chief – OEO-SOU. | Christine Thren (Former) Trial Attorney – OEO-SOU; Tracee Plowell, (Former) Deputy Chief – OEO-SOU. | Monday, December 14, 2015 @ 9:28 AM. | | | | |
| | Robert Hinchman, (OPL). | BOP - Staff Employee. | Friday, December 11, 2015 @ 2:19 PM. | | | | |
| **DOC. NO. 31.** **[Located in search category 1 as DOC199-200].** | Mark Ecken-wiler (Former) Associate Director - OEO. | (AUSA – E.D.P.A.). | Tuesday, March 24, 2009 @ 5:19:00 PM. | **EMAIL CHAIN – TWELVE (12).** **Description of Document:** A chain of TWELVE (12) emails with no attachments. The subject matter line is captioned as follows: "RE: from W.D. WA [.]" The contents of this email thread contain an | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | (AUSA – E.D.P.A.). | Mark Ecken-wiler (Former) Associate Director - OEO. | Tuesday, March 24, 2009 @ 5:05 PM. | in-depth discussion of the BOP email program. It also references relevant statutory law with a thorough analysis of the same, as well as the applicability of such statutes. **[FOUR PAGES].** | | | |
| | Mark Ecken-wiler (Former) Associate Director - OEO. | (AUSA – E.D.P.A.); Nathan Judish, Trial Attorney - CCIPS. | Tuesday, March 24, 2009 @ 4:55 PM. | | | | |
| | (AUSA – E.D.P.A.). | Nathan Judish, Trial Attorney - CCIPS; Mark Ecken-wiler (Former) Associate Director - OEO. | Tuesday, March 24, 2009 @ 4:52 PM. | | | | |
| | Nathan Judish, Trial Attorney - CCIPS. | (AUSA – E.D.P.A.); Mark Ecken-wiler (Former) Associate Director - OEO. | Tuesday, March 24, 2009 @ 4:40 PM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | (AUSA – E.D.P.A.). | Nathan Judish, Trial Attorney - CCIPS; Mark Ecken-wiler (Former) Associate Director - OEO. | Tuesday, March 24, 2009 @ 4:22 PM. | | | | |
| | Nathan Judish, Trial Attorney - CCIPS. | (AUSA – E.D.P.A.); Mark Ecken-wiler (Former) Associate Director - OEO. | Tuesday, March 24, 2009 @ 3:43 PM. | | | | |
| | (AUSA – E.D.P.A.). | Mark Ecken-wiler (Former) Associate Director - OEO; Nathan Judish, Trial Attorney - CCIPS. | Tuesday, March 24, 2009 @ 3:24 PM. | | | | |
| | Mark Ecken-wiler (Former) Associate Director - OEO. | Nathan Judish, Trial Attorney - CCIPS; (AUSA – E.D.P.A.). | Tuesday, March 24, 2009 @ 2:42 PM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | Nathan Judish, Trial Attorney - CCIPS. | Mark Ecken-wiler (Former) Associate Director - OEO; (AUSA – E.D.P.A.). | Tuesday, March 24, 2009 @ 2:40 PM. | | | | |
| | Mark Ecken-wiler (Former) Associate Director - OEO. | (AUSA – E.D.P.A.); Nathan Judish, Trial Attorney - CCIPS. | Tuesday, March 24, 2009 @ 2:17 PM. | | | | |
| | (AUSA – E.D.P.A.). | Nathan Judish, Trial Attorney - CCIPS; Mark Ecken-wiler (Former) Associate Director - OEO. | Tuesday, March 24, 2009 @ 2:17 PM. | | | | |
| DOC. NO. 32. [Located in search category 1 as DOC-229]. | Mark Ecken-wiler (Former) Associate Director - OEO. | (SMO). | Thursday, September 17, 2009 @ 12:35:00 PM. | **EMAIL CHAIN – SEVEN (7).** **Description of Document:** A chain of SEVEN (7) emails with no attachments. The subject matter line is captioned as follows: "Prisoner Email Accounts attach 2.pdf" and "RE: docs [.]" The contents of this email thread contain a discussion of the BOP email policy and program. The email thread includes a | (b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C). | | X |
| | (SMO). | Mark Ecken-wiler, (Former) Associate | Thursday, September 17, 2009 @ 12:24:00 PM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | Director - OEO. | | discussion about the issue of policy and statutory applications which would apply to the BOP email program. **[TWO PAGES].** | | | |
| | Mark Ecken-wiler (Former) Associate Director - OEO. | (SMO). | Thursday, September 17, 2009 @ 12:20:00 PM. | | | | |
| | (SMO). | Mark Ecken-wiler (Former) Associate Director - OEO. | Thursday, September 17, 2009 @ 11:56:00 AM. | | | | |
| | Mark Ecken-wiler (Former) Associate Director - OEO. | (SMO). | Thursday, September 17, 2009 @ 11:54:00 AM. | | | | |
| | (SMO). | Mark Ecken-wiler (Former) Associate Director - OEO. | Thursday, September 17, 2009 @ 11:49:00 AM. | | | | |
| | Mark Ecken-wiler (Former) Associate | (SMO). | Thursday, September 17, 2009 @ 11:32:00 AM. | | | | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | Director - OEO. | | | | | | |
| **DOC. NO. 33. [Located in search category 1 as DOC-233].** | Mark Ecken-wiler (Former) Associate Director - OEO. | BOP - Senior Counsel. | Tuesday, March 24, 2009 @ 11:59:00 AM. | **EMAIL CHAIN – TWO (2). Description of Document:** A chain of TWO (2) emails with no attachments. The subject matter line is captioned as follows: "RE: inmate email system" and "inmate email system [.]" The contents of this email thread contain a discussion of the BOP email program system called TRULINCS and the need to set up a meeting between BOP and DOJ to discuss legal and policy issues related thereto. **[ONE PAGES].** | **(b)(5) (AWP) (DPP); (b)(6) & (b)(7)(C).** | | X |
| | BOP - Senior Counsel. | Mark Ecken-wiler (Former) Associate Director - OEO. | Monday, March 23, 2009 @ 4:50 PM. | | | | |
| **DOC. NO. 34. [Located in search category 1 as DOC-254].** | CCIPS - Super-visory Paralegal Specialist. | CCIPS; ALL (CRM); ODAG; Multiple AUSAs; Multiple NSD Trial Attorneys; FBI Employee. | Wednesday, July 23, 2014 @ 11:28:37 AM. | **EMAIL – ONE (1). Description of Document:** A single email sent out to multiple recipients. The emails subject matter line reads as follows: "Today's News – Wednesday, July 23, 2014." The email's attachment line reads in relevant part: "Prosecutors.docx." The substance of the email contains the daily news excerpts from various media outlets. The email appears to have been created for the benefit of federal prosecutors and law enforcement with a special interest in computer and electronic related issues. The relevant section of the email references the following: "3. The New | **(b)(6) & (b)(7)(C).** | X | |

| Document Number. | Author. | Recipient. | Date/ Time of Calendar Entry. | Caption/Title and/or Calendar Description. | FOIA/PA Exemption No. | RIP | WIF |
|---|---|---|---|---|---|---|---|
| | | | | York Times – Prosecutors Are Reading Emails From Inmates to Lawyers." This news article appears to be a short excerpt from the New York Times article of Wednesday, July 23, 2014. **[ONE PAGE].** | | | |