UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS<br><br>and<br><br>DEPARTMENT OF JUSTICE,<br><br>*Defendants*. | Civil Action No. 18-2399 (KBJ) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion for summary judgment and the memoranda in support thereof and in opposition thereto, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that summary judgment is awarded to Defendants on all claims in Plaintiff's complaint.

Dated: _____

                                                        The Honorable Ketanji B. Jackson
                                                        United States District Judge