UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 18-cv-2399-JMC<br>)<br>)<br>)<br>)<br>)<br>) |

### SEVENTEENTH JOINT STATUS REPORT

Per the Court's order, Plaintiff National Association of Criminal Defense Lawyers ("NACDL") and Defendants Federal Bureau of Prisons ("BOP") and Department of Justice ("DOJ") respectfully submit this Seventeenth Joint Status Report. *See* Minute Order, Jan. 9, 2026.

### Overview

1. At issue in this case are three Freedom of Information Act ("FOIA") requests filed by NACDL with various of Defendants' component offices, which the parties have called "the BOP Request," "the Main Justice Request," and "the EOUSA Request." *See* App. A to 2d Am. Compl., ECF No. 42-2; App. B to 2d Am. Compl., ECF No. 42-3; App. C to 2d Am. Compl., ECF No. 42-4.

2. On January 25, 2021, the parties completed briefing on cross-motions for summary judgment. *See* Defs.' Mot. for Summ. J., ECF No. 53; Pl.'s Cross-Mot. for Summ. J. & Resp. to Defs.' Mot. for Summ. J., ECF Nos. 54, 55; Defs.' Reply to Mot. for Summ. J & Resp. to Pl.'s Cross-Mot. for Summ. J., ECF Nos. 56, 57; Pl.'s Reply to Cross-Mot. for Summ. J., ECF No. 58.

3.     On November 20, 2025, this Court issued an Opinion and Order on the motions, *see* ECF No. 69, and ordered the parties to confer and file a joint status report by January 5, 2026, *see* Minute Order, Nov. 20, 2025.

## Status Update

4.     Since the parties' Sixteenth Joint Status Report, *see* ECF No. 70, the parties continued to meet and confer on the status of the ordered productions and remaining issues in the litigation.

5.     As part of those discussions, Defendants provided the following updates:

   a.   The Criminal Division is rereviewing the records in light of the Court's order but does not currently have an estimate for when it might make any production. They will continue to meet on confer with Plaintiff's counsel to determine whether any issues remain after any new productions.

   b.   EOUSA is working on the action items identified in the Court's order and expects to have updated *Vaughn* indices and any necessary declarations in sixty days.

   c.   BOP attorneys and FOIA staff are familiarizing themselves with the case history and relevant the records. BOP does not currently have an estimate for when it might make any production or provide an updated *Vaughn* index.

6.     Defendants also submit the following reasons that they cannot meet the deadlines proposed by Plaintiff:

   a.   BOP is unable to meet those proposed deadlines due to existing litigation deadlines in the next month, which were extended due to the shutdown and staff being out of the office over the holidays. Also, there are only two attorneys in the BOP FOIA Office right now handling litigation all over the country and

      BOP does not have the staffing to complete the items below in the proposed timeframe.

b.   BOP counsel were also not involved in the original response to the case and have to get up to speed before they can process the records affected by the Court's order or produce any supporting documents.

c.   For BOP record J, it involves legal advice and comments from several other agencies on proposed legislation. BOP will need time to re-redact it and consult other agencies, as needed. Agency counsel will be out of the office from Jan. 19- 28 on medical leave so BOP will not be able to finish anything by Jan. 21.

d.   For the remaining items, the Court noted the previous *Vaughn* and declaration did not adequately explain the privileged information in the record. BOP will need time to amend the previous version of the *Vaughn*, find all the records referenced in it, and re-redact anything needed, as well as draft new declarations on the records.

e.   Agency counsel at EOUSA and the Criminal Division are similarly affected by their robust workload, the need to get up to speed this matter, which has been pending for many years, and other litigation obligations and a backlog of work created by the government shutdown and recent holidays.

## NACDL's Proposed Next Steps

7.   Given the posture of this case and the fact that the Court's opinion and order was issued nearly eight weeks ago, NACDL proposes the following next steps:

    a.    For the records that the Court ordered be released (BOP Record j, Criminal Division Record 3, and Criminal Division Record 4), the disclosures be due within seven days of this Joint Status Report (i.e., by January 22, 2026).

    b.    For the searches and records for which supplemental declarations, *Vaughn* indices, or segregability analyses are required, the additional information be provided to NACDL within twenty-one days of this Joint Status Report (i.e., by February 5, 2026).

    c.    The parties be required to file a joint status report fourteen days later (i.e., by February 19, 2026) updating the Court about whether and what issues remain outstanding in this litigation.

### Defendants' Proposed Next Steps

8. The Defendants proposes that the parties continue to meet and confer and filed a joint status report in sixty days (i.e., March 16, 2026) updating to the Court as to the timeline for any productions, supplemental *Vaughn* indices, and any other issues that remain outstanding in the litigation. Defendants further propose filing joint status reports every sixty days thereafter.

| | |
|---|---|
| Dated: January 15, 2026 | Respectfully submitted, |
| /s/ Megan Graham | JEANINE FERRIS PIRRO |
| Megan Graham (*pro hac vice*) | United States Attorney |
| Technology Law Clinic | |
| University of Iowa College of Law | |
| 380 Boyd Law Building | By: /s/ Sian Jones |
| Iowa City, IA 52242 | Sian Jones, D.C. Bar # 1024062 |
| (319) 335-9023 | Assistant United States Attorney |
| megan-k-graham@uiowa.edu | 601 D Street, N.W. |
| | Washington, DC 20530 |
| *Counsel for Plaintiff* | (202) 252-2578 |
| | sian.jones@usdoj.gov |
| | *Counsel for Defendants* |
| Barry J. Pollack, D.C. Bar #434513 | |
| Harris St. Laurent & Wechsler LLP | |
| 1775 Pennsylvania Avenue NW | |
| Suite 650 | |
| Washington, D.C. 20006 | |
| (202) 617-5971 | |
| bpollack@hs-law.com | |
| *Counsel for Plaintiff* | |